**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Daniel THOMAS, Jr., Defendant–
Appellant.**

**No. 12–14496
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 27, 2013.

Peggy Morris Ronca, Shawn P. Napier, U.S. Attorney's Office, Orlando, FL, Philip R. Lammens, U.S. Attorney's Office, Ocala, FL, Robert E. O'Neill U.S. Attorney's Office Tampa, FL, for Plaintiff–Appellee.

Harrison T. Slaughter, Jr., Law Offices of Harrison T. Slaughter Jr, Orlando, FL,

---

Thomas C. Ranew, Jr., Thomas C. Ranew, Jr., Silver Springs, FL, Daniel Thomas, Jr., Ocala, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Harrison T. Slaughter, Jr., appointed counsel for Daniel Thomas, Jr., has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Thomas's conviction and sentence are **AFFIRMED.**